# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 22, 2013

## NO. 03-13-00312-CV

**Richard A. Shannon, Appellant**

**v.**

**William Edwin Hall and Ethan M. Erenberg, Appellees**

## APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
## DISMISSED FOR WANT OF JURISDICTION -- OPINION BY CHIEF JUSTICE JONES

**THIS CAUSE** came on to be heard on the record of the court below, and the Court being of the opinion that it is without jurisdiction of the cause and that the appeal should therefore be dismissed for want of jurisdiction: **IT IS ACCORDINGLY** considered, adjudged and ordered that the appeal is dismissed for want of jurisdiction. It is **FURTHER** ordered that the appellant pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.